**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>**Plaintiff,**<br><br>**and**<br><br>**REBECCA OWEN,**<br><br>**Plaintiff-Intervenor,**<br><br>**v.**<br><br>**INGRAM PARK CHRYSLER JEEP, INC., et al.,**<br><br>**Defendants.** | **CIVIL ACTION NO. 5:24-cv-01072-XR** |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff U.S. Equal Employment Opportunity Commission (the "Commission" or "EEOC"), Plaintiff-Intervenor Rebecca Owen ("Intervenor"), and Defendants Ingram Park Chrysler Jeep, Inc., Benson Enterprises, Inc., and Benson Mazda, Inc., ("Defendants") respectfully move the Court for approval and entry of the attached Consent Decree (Exhibit A). In support of the Motion, the parties state as follows:

1. The Commission, Intervenor, and Defendants have negotiated the attached Consent Decree as a resolution of the Commission and Intervenor's claims in the above-captioned case.

2. The Commission, Intervenor, and Defendants believe that the terms of this Consent Decree are adequate, fair, reasonable, equitable, and just.

3. The Commission, Intervenor, and Defendants believe that the Consent Decree conforms with the Federal Rules of Civil Procedure and is not in derogation of the rights or

privileges of any person. The entry of this Consent Decree will further the objectives of Title VII of the Civil Rights Act of 1964 and will be in the best interests of the parties, those for whom the Commission seeks relief, and the public.

Respectfully submitted,

By: *Philip J. Moss*

Philip J. Moss
Jeff Lee
Equal Employment
Opportunity Commission
207 South Houston,
Street, 3rd Floor
Dallas, Texas 75202

*Attorneys for Plaintiff Equal Employment Opportunity Commission*

By: *Kala S. Dumont s/w/p*

Kala S. Dumont
Law Offices of Gaul and
Dumont
4040 Broadway St. Suite
240-208
San Antonio, TX 78209

*Attorney for Plaintiff-Intervenor Rebecca Owen*

By: *Lawrence Morales II s/w/p*

Matthew G. Reeves
Donald W. Gould, II
Johnson DeLuca Kurisky
& Gould, P.C.
4 Houston Center
1221 Lamar, Suite 1000
Houston, Texas 77010

Lawrence Morales II
Allison Hartry
The Morales Law Firm
6243 I-10 Ste. 132
San Antonio, TX78201

*Attorneys for Defendants*